IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KAZENERCOM TOO AND YERKIN BEKTAYEV, | § § § | |
| PLAINTIFFS, | § § | |
| V. | § | CAUSE NO. A-11-CA-831-LY |
| | § § | |
| WORLD TRADE FINANCIAL CORP. AND PENSON FINANCIAL SERVICES, INC., | § § § § | |
| DEFENDANTS. | § | |

### FINAL JUDGMENT

Before the court is the above entitled cause of action. On this same date, this court rendered an order dismissing Plaintiffs Kazenercom Too and Yerkin Bektayev's complaint with prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the cause is hereby **CLOSED**.

SIGNED this _10th_ day of August, 2012.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE