# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 12-50900

1:11-cv-831

FILED
APR 0 4 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

KAZENERCOM TOO, a Kazakhstan Corporation; YERKIN BEKTAYEV, a Kazakhstan Citizen,

  Plaintiffs - Appellants

v.

WORLD TRADE FINANCIAL CORPORATION; PENSON FINANCIAL SERVICES, INCORPORATED,

  Defendants - Appellees

Appeal from the United States District Court for the
Western District of Texas, Austin

CLERK'S OFFICE:

  Under FED R. APP. P. 42(b), the appeal is dismissed as of March 31, 2014, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Peter A. Conners, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 31, 2014

Mr. William Putnicki
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 12-50900    Kazenercom Too, et al v. World Trade
                               Financial Corp., et al
                               USDC No. 1:11-CV-831

Dear Mr. Putnicki,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Peter A. Conners, Deputy Clerk
                                    504-310-7685

cc w/encl:
    Mr. Robert Vaughan Cornish Jr.
    Mr. John Courtade
    Mr. Carl Christopher Scherz